UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DWIGHT AARON FOSTER** | * | **CIVIL ACTION NO.: 19-281-BAJ-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **NAOYA MORI, TOYO U.S.A., INC.,** | * | **MAGISTRATE JUDGE: RICHARD L.** |
| **SOMPO AMERICA INSURANCE** | * | **BOURGEOIS, JR.** |
| **COMPANY and ABC INSURANCE** | * | |
| **COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO COMPEL DEFENDANT'S DISCOVERY RESPONSES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, DWIGHT AARON FOSTER, ("Plaintiff"), who respectfully moves this Honorable Court for an Order compelling defendant, SOMPO AMERICA INSURANCE COMPANY ("Defendant"), to provide discovery responses to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents propounded on February 21, 2020.  Plaintiff further moves this Honorable Court for an Order awarding attorney's fees and all costs associated with the filing and arguing of this motion for the reasons set forth in the accompanying Memorandum in Support.

Respectfully submitted:

**EGENBERG, APLC**

*/s/ Bradley Egenberg*
_____
BRADLEY EGENBERG (#29848)
ZACKORY WOOD (#37923)
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Telephone:	(504) 229-5700
Facsimile:	(504) 617-7911
Email:	jboud@egenberg.com
*Attorneys for Plaintiff Dwight Aaron Foster*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record via electronic mail through the Court's electronic filing system this 12th day of May, 2020 and to those not participating in the CM/ECF system by U.S. Mail.

                                      */s/ Bradley Egenberg*
                                      BRADLEY EGENBERG (#29848)