# EGENBERG
## APLC

March 26, 2020

<u>Via E-Mail: mjohnson@twpdlaw.com</u>

Mason C. Johnson, Esquire
Taylor, Wellons, Politz, & Duhe, APLC
4041 Essen Lane, Suite 500
Baton Rouge, LA 70809

   RE: *Dwight Aaron Foster v. Naoya Mori, et al*
      United States District Court, Middle District of Louisiana
      No. 19-281-BAJ-RLB

Dear Mr. Johnson:

  On December 4, 2019, my office propounded plaintiff's First Set of Interrogatories and Requests for Production of Documents to defendant, Sompro America Insurance Company.

  On February 19, 2020, you provided discovery responses. However, I would like to discuss your responses to Interrogatory No. 2 and Request for Production No. 2 pertaining to excess and/or umbrella insurance policies.

  Additionally, on February 21, 2020, my office propounded plaintiff's Second Set of Interrogatories and Requests for Production of Documents to defendant, Sompro America Insurance Company. To date, we have yet to receive discovery responses.

  Accordingly, I am setting a telephone discovery conference pursuant to Rule 37 of the Federal Rules of Civil Procedure on **Monday, March 30, 2020 at 11:00 am.** My office will initiate the call.

           Kind regards,

           */s/ Bradley Egenberg*
           BRADLEY EGENBERG

BE/jab

**Exhibit "B"**