| | |
|---|---|
| **From:** | zackory@egenberg.com |
| **Subject:** | Dwight Foster v. Naoya Mori, et al, 3:19-cv-00281 - Discovery Conference |
| **Date:** | March 30, 2020 at 4:23 PM |
| **To:** | cduhe@twpdlaw.com |
| **Cc:** | Ben Berman  ben@egenberg.com,  Meagan D'Aquin  meagan@egenberg.com,  Jennifer B  jboud@egenberg.com |

Charles,

Please allow this email to memorialize the result of our discovery conference held today regarding the *Dwight Aaron Foster* matter. During our conference, we agreed to a two week extension for Defendants to provide responses to Plaintiff's second set of discovery requests, and for Defendants to clarify and/or supplement their response to Plaintiff's first set of interrogatories, Interrogatory No. 2. Defendants' responses are now due April 13, 2020.

If any of the above is incorrect, please respond to this email or call my office at (504)229-5700.

Thank you,

**Zackory K. Wood**
*Attorney at Law*
Egenberg Trial Lawyers
650 Poydras Street, Suite 2525
New Orleans, LA 70130
Office: 504.229.5700
Fax: 504.617.7911
Email: Zackory@egenberg.com



**CONFIDENTIALITY NOTICE:**
*This e-mail transmission and any attached documents contain confidential and privileged information belonging to the sender, which is protected by the attorney-client and/or work-product privilege(s). This e-mail, including all attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. The information is intended only for the use of the individual or entity named above. If you received this communication in error and are not the intended recipient, please delete it from your system without copying it and notify the sender immediately by reply e-mail or by calling (504) 229-5700 so that our records can be corrected. You are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication or the information contained within is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client and/or work-product privileges as to this communication or otherwise.*

# Exhibit "C"