**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DWIGHT AARON FOSTER** | * | **CIVIL ACTION NO.: 19-281-BAJ-RLB** |
| | * | |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **NAOYA MORI, TOYO U.S.A., INC.,** | * | **MAGISTRATE JUDGE: RICHARD L.** |
| **SOMPO AMERICA INSURANCE** | * | **BOURGEOIS, JR.** |
| **COMPANY and ABC INSURANCE** | * | |
| **COMPANY** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 37 CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Civil Procedure Rule 37(a)(1), undersigned counsel certifies the following:

1.

I, Zackory Wood, personally conducted a Rule 37 discovery conference on March 30, 2020 at which time a discussion was had with Defendant's counsel agreeing to a two-week extension, until April 13, 2020, for Defendant to provide responses to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents propounded on February 21, 2020.

2.

To date, defense counsel has yet to provide Defendant's responses to Plaintiff's discovery. Thereafter, despite their best efforts, the parties or counsel were unable to resolve the matters presented.

*[Signature block on next page]*

Certified this 12th day of May, 2020.

Respectfully submitted:

**EGENBERG, APLC**

/s/ Zackory Wood
_____
ZACKORY WOOD (#37923)
650 Poydras Street, Suite 2525
New Orleans, LA 70130
Telephone: (504) 229-5700
Facsimile: (504) 617-7911
Email: zackory@egenberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via facsimile, electronic mail, and/or U.S. Mail, to each properly addressed and postage prepaid on this 12th day of May, 2020.

/s/ Zackory Wood
_____
ZACKORY WOOD